**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6524**

———————————

GILL A. JONES,

　　　　　　　　　　　　　　　　　Petitioner - Appellant,

　　　versus

ROBERT E. WARD, Warden; CHARLES MOLONY CONDON,
Attorney General for South Carolina,

　　　　　　　　　　　　　　　　　Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.　Joseph F. Anderson, Jr., District
Judge.　(CA-95-2321-17BD)

———————————

Submitted:　July 23, 1996　　　　　Decided:　August 5, 1996

———————————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Gill A. Jones, Appellant Pro Se.　J. Pamela Price, SOUTH CAROLINA
DEPARTMENT OF CORRECTIONS, Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motions for a default judgment, summary judgment, and to strike Respondent's responses. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We deny a certificate of appealability and dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED